IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LANNY L. HAWLEY,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

No. 3:18-cv-01766-MO

ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d)

MOSMAN, J.,

Based upon the parties' Stipulation [19], it is ordered that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SIX HUNDRED EIGHT DOLLARS AND ZERO CENTS ($5,608.00). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), this award is subject to the United States Department of the Treasury's Offset Program. Any award shall be payable to Plaintiff, except that if the Commissioner determines that Plaintiff's award is not subject to the Treasury's Offset Program, the award shall be payable to Plaintiff's counsel, Karen Stolzberg. Payment shall be delivered to Plaintiff's counsel at Karen Stolzberg, P.O. Box 19699, Portland, OR 97280.

    IT IS SO ORDERED.

    DATED this ___ day of September, 2019.

                                                          MICHAEL W. MOSMAN
                                                           Chief United States District Judge

1 – ORDER